Matthew J. Moore
moorem@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.783.0800
Facsimile: 202.383.6610

Thomas A. Miller
millert@howrey.com
Andrew P. Tower
towera@howrey.com
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: 713.787.1400
Facsimile: 713.787.1440

Attorneys for General Motors Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No.: 07-ML-01816-B-RGK (FFMx) |
| This document relates to: | **REVISED [PROPOSED] JUDGMENT** |
| Ronald A. Katz Technology Licensing, L.P. v. General Motors Corporation, | Judge: Hon. R. Gary Klausner |
| CV 07-2339 RGK (FFMx) | |

**REVISED [PROPOSED] JUDGMENT**

DM_US:22132621_1

For the reasons stated in the Court's Order Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112 dated June 19, 2008 [MDL Dkt. No. 2330], and in the Court's Order Ruling on General Motors' Individual Summary Judgment Motion [GM Dkt. No. 358], entry of judgment in favor of General Motors Corporation ("GM") is appropriate with respect to all of Plaintiff Ronald A. Katz Technology Licensing L.P.'s ("RAKTL") claims for relief.  GM's counterclaim is dismissed without prejudice.

Accordingly, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant GM and against plaintiff RAKTL.

**IT IS SO ORDERED.**

Dated:  May 22, 2009                    By: _____
                                            Honorable R. Gary Klausner
                                            United States District Judge